Evelyn M. King, an Adult, and Susan Marie King, John Edward King, Paul Joseph King and David Alan King, Minors, Plaintiffs-Appellants, v. Harold Donahue, d/b/a Town House, and Raymond Dahlberg, d/b/a Triangle Inn, Defendants-Appellees.

Gen. No. 65–82.

Third District.

May 16, 1966.

Dan H. McNeal, of Moline, for appellants; Frank Schubert, of Rock Island, and John P. Lynaugh, of Springfield, for appellees.

Opinion by JUSTICE STOUDER. **Not to be published in full.**